1  SO. CAL. EQUAL ACCESS GROUP
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 205-6560
4  cm@SoCalEAG.com

5  Attorneys for Plaintiff,
   MICHAEL HARRIS

6

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9

| 10 MICHAEL HARRIS, | Case No.: 2:25-cv-06392-MAR |
|---|---|
| 11         Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| 12    vs. | |
| 13 | |
| 14 RAMI ADDALLAH D/B/A TEN 2 TEN STEREO; FINANCE UNLIMITED, LLC; and DOES 1 to 10, | |
| 15 | |
| 16 | |
| 17         Defendants. | |

18     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
19 Attorneys for Plaintiff MICHAEL HARRIS ("Plaintiff") and Defendant FINANCE
20 UNLIMITED, LLC stipulate and jointly request that this Court dismiss the above-
21 captioned action, with prejudice, in its entirety.  Each party shall bear his/her/its own
22 costs and attorneys' fees.
23 \\
24 \\
25 \\
26 \\
27 \\
28

Respectfully submitted,

DATED: October 29, 2025         SO. CAL. EQUAL ACCESS GROUP

                                By:   /s/  Jason J. Kim
                                      Jason J. Kim
                                      Attorneys for Plaintiff

DATED: October 29, 2025         KRAUSE-LEEMON COHEN & DANESHRAD LLP

                                By:   /s/ David R. Krause-Leemon
                                      David R. Krause-Leemon, Esq.
                                      Attorneys for Defendant
                                      FINANCE UNLIMITED, LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 29, 2025         By: /s/ Jason J. Kim
                                    Jason J. Kim

-2-

STIPULATION FOR DISMISSAL